UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER M. TUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>STELLAR MANUFACTURING COMPANY,<br><br>    Defendant. | Case No. 22-cv-258-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's August 29, 2022, order (Doc. 5) for plaintiff Christopher M. Tucker to show cause why this case should not be dismissed for failure to pay the filing fee, for failure to timely serve process pursuant to Federal Rule of Civil Procedure 4(m), and/or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket, *see In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). The Court allowed Tucker until September 23, 2022, to respond to the order to show cause, and it warned him that if he failed to respond in a timely manner, the Court would dismiss this action. Tucker has not responded.

Accordingly, as the Court warned it would, the Court **DISMISSES** this case **without prejudice** for failure to pay the filing fee or move for leave to proceed *in forma pauperis*, pursuant to Rule 4(m) for failure to timely serve the defendant, pursuant to Rule 41(b) for failure to prosecute based on the foregoing delinquencies, and pursuant to the Court's inherent authority to manage its docket, *see In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). The Court **DIRECTS** the Clerk of Court to enter judgment accordingly. Tucker is reminded that he must still pay the $402 filing fee, which he incurred when he filed this lawsuit.

**IT IS SO ORDERED.**
**DATED: October 5, 2022**

                                                                                        s/ J. Phil Gilbert
                                                                                        **J. PHIL GILBERT**
                                                                                        **DISTRICT JUDGE**