UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER M. TUCKER,

    Plaintiff,

v.

STELLAR MANUFACTURING COMPANY,

    Defendant.

Case No. 22-cv-258-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 5, 2022**        **MONICA A. STUMP, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**